

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00574-CV

**IN THE INTEREST OF H.N.H.** and H.J.H., Children

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 15-179CCL
Honorable Bill R. Palmer, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's Order in Suit Affecting the Parent-Child Relationship is AFFIRMED. It is ORDERED that appellee recover her costs of this appeal from appellant.

SIGNED July 10, 2019.

_____
Beth Watkins, Justice